# United States Bankruptcy Court, District of Rhode Island

Proceeding Memorandum / Order of Court

---

In Re: Lesa Ann Nash                                    Case Number: 1:15-bk-12127   Ch: 13

**MOVANT/APPLICANT/PARTIES:**

Objection to Debtor's Motion to Pay Only the Assessed Taxes for 2013 and 2014 (Doc #19) ("Objection")

**OUTCOME:**

__ Granted    __ Denied    __ Approved    __ Sustained

__ Moot    __ Denied without prejudice    __ Withdrawn in open court    __ Overruled

__ OSC Enforced / Released

__ Continued to: _____ For: _____

__ Formal order / stipulation to be submitted by: _____ Date due: _____

__ Findings and conclusions dictated at the close of hearing incorporated by reference

_____ Taken under advisement: Brief(s) due: _____ From: _____

Response due: _____ From: _____

__ Fee(s) allowed in the amount of: $ _____ Expenses of: $ _____

__ No appearance / response by: _____

✔ DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

The Objection is stricken for failure to comply with R.I. LBR 9010-1(d)(2), which states: "No person, other than an individual representing himself/herself, shall appear or practice before this Court except through representation of counsel." Accordingly, in order to appear before this Court, an entity such as Snow Realty, RIGP must do so through representation of counsel.

IT IS SO ORDERED:

*Diane Finkle*    Dated: 12/3/15

Diane Finkle, U.S. Bankruptcy Judge