UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND

In re:

    LESA ANN NASH                     BK-15-12127
        Debtor                       CHAPTER 13

## OBJECTION TO CONFIRMATION

The Trustee objects to confirmation of the debtor's Plan on the following grounds:

1. The Plan is not feasible; and

2. The Trustee objects to the provision in the debtor's Plan contained in Section IV. B.(1) which states "In the event that a Secured Creditor listed in this section fails to timely file a proof of claim in this case, by this Plan the Debtor shall be deemed to have timely filed a proof of claim on behalf of each such Secured Creditor pursuant to 11 U.S.C. §501(c), in the amount set forth below…". The Trustee objects to paying any claim in the absence of such claim being properly filed and allowed.

                                        /s/ John Boyajian
                                        John Boyajian, Trustee
                                        182 Waterman Street
                                        Providence, RI 02906
                                        Tel:(401) 223-5550
                                        Fax:(401) 223-5548

Lesa Ann Nash                                              BK-15-12127
Objection to Confirmation



## CERTIFICATION

       I hereby certify that a copy of the within Objection was mailed, postage prepaid, to Lesa Ann Nash, 60 Lakeview Drive, Chepachet, RI 02814 and electronically mailed to Atty. Tatyana Tabachnik at ribk@harmonlaw.com representing Federal Loan Home Mortgage Corporation on December 11, 2015.

                                             /s/ Dana A. Westerkamp