UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF RHODE ISLAND

*Form E:  Joint Status Report*

**THREE PAGE DOCUMENT**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

In re: LESA ANN NASH

:                           BK No. 15-12127

                    Debtor(s)        :                    Chapter 13

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

### ASSENTED-TO MOTION TO CONTINUE MOTION FOR RELIEF FROM STAY

1. A Hearing on Creditor's Motion for Relief from Stay is scheduled for the above-captioned case for May 20, 2020.
2. After a change in circumstances, the Debtor has applied for a loan modification.  As of May 8, 2020, the loan modification is under review.
3. Via email on May 18, 2020, Attorney for Creditor agreed to a continuance for 30 days in light of the new modification application.

WHEREFORE, Debtor respectfully requests that the Hearing currently scheduled for May 20, 2020 be continued to June 17, 2020.

Respectfully submitted,

Lesa Nash
By her Attorney

MOTION FOR RELIEF FROM STAY IS
PASSED. IF CREDITOR SEEKS TO
PURSUE THE MOTION, CREDITOR SHALL
FILE A MOTION REQUESTING A NEW
HEARING DATE.

*Diane Finkle*

/s/Michael Zabelin
Michael Zabelin, #8485
Attorney for Debtors
Rhode Island Legal Services, Inc.
56 Pine Street, Suite 400
Providence, RI 02903
401.274.2652
mzabelin@rils.org